AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

HAROLD CARBAUGH,

      Petitioner,      JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:05-cv-00418-HDM-RAM**

LENARD VARE, et al.,

      Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus in this action (Document #7) is DENIED.


  June 4, 2008                             **LANCE S. WILSON**
                                                        Clerk


                                                    /s/ Katie Lynn Ogden
                                                        Deputy Clerk